Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Target Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Maria S. Martinez, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO.: 2:15-cv-00353-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff MARIA S. MARTINEZ, by and through her counsel of record ERIK BROMSON, ESQ., of BERNSTEIN & POISSON, and Defendant TARGET CORPORATION, by and through their counsel of record, KYM SAMUEL CUSHING, ESQ., of WILSON, ELSER, MOSKOWITZ,

. . .

. . .

. . .

905164v.1

EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this ___ day of March, 2016.          DATED this 17th day of February, 2016.

**WILSON, ELSER, MOSKOWITZ,**                **BERNSTEIN & POISSON**
**EDELMAN & DICKER LLP**

BY: _____                   BY: _____
Kym Samuel Cushing, Esq.                     Erik Bromson, Esq.
Nevada Bar No. 004242                        Nevada Bar No. 009986
Douglas M. Rowan, Esq.                       700 South Jones Boulevard
Nevada Bar No. 004736                        Las Vegas, NV 89107
300 South Fourth Street, 11th Floor          Attorney for Plaintiff
Las Vegas, Nevada 89101                      Maria S. Martinez
Attorneys for Defendant Target Corporation

## ORDER

IT IS SO ORDERED.

Dated March 3, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
**& DICKER LLP**

BY: _____
Kym Samuel Cushing, Esq.,
Nevada Bar No. 004242
Douglas M. Rowan, Esq.,
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

905164v.1                              Page 2 of 2